PETER SMITH, Respondent, *v.* JOHN O'BRIEN, Appellant.

(Submitted June 19, 1891; decided June 25, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department entered upon an order made May 14, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*John Gibney* for appellant.

*Francis Larkin* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

BERNARD RYAN, Respondent, *v.* THE SYRACUSE, BINGHAMPTON AND NEW YORK RAILROAD COMPANY, Appellant.

(Argued June 23, 1891; decided June 25, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made July 20, 1889, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*Louis Marshall* for appellant.

*Edmund O'Connor* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.